Terese Marie MEADOWS,
Plaintiff–Appellant

v.

Donald ANDERSON, Dr., McPherson Unit, ADC; Bobbie Allison, Nurse, McPherson Unit, ADC; Corizon, Inc., formerly known as Correctional Medical Services, Defendants–Appellees

Linda Dixon, Major, McPherson Unit, ADC, Defendant

Brenda Tetrick, R.N., McPherson Unit, ADC; Jennifer Simmons, L.P.N., McPherson Unit, ADC, Defendants–Appellees

Earnest Winkle, Lt., McPherson Unit, ADC; James Hooper, Sgt., McPherson Unit, ADC, Defendants.

No. 15–1011.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 30, 2015.

Filed: Dec. 9, 2015.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

Terese Marie Meadows, Newport, AR, pro se.

Michelle Banks Odum, Humphries & Odum, WHITE HALL, AR, for Defendants–Appellees.

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate Terese Marie Meadows appeals the district court's[1] adverse grant of summary judgment in her action under 42 U.S.C. § 1983. Based on de novo review of the record, *see Peterson v. Kopp,* 754 F.3d 594, 598 (8th Cir.2014) (summary judgment standard of review), we agree with the district court that as to the claims Meadows is pursuing on appeal, there were no issues for a jury to decide, *see Fourte v. Faulkner County, Ark.,* 746 F.3d 384, 387 (8th Cir.2014) (to establish deliberate indifference requires showing defendants knew of, but deliberately disregarded, objectively serious medical need; deliberate indifference requires more than even gross negligence); *Nelson v. Shuffman,* 603 F.3d 439, 449 (8th Cir.2010) (inmate's mere difference of opinion over matters of expert medical judgment or course of medical treatment do not amount to constitutional violation); *Popoalii v. Corr. Med. Servs.,* 512 F.3d 488, 499 (8th Cir.2008) (deliberate indifference is akin to criminal recklessness). The judgment of the district court is affirmed.

---

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.